# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2770
_____

TERRY L. HILL,

  Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections, and JARRED COX,
Warden of Tomoka Correctional
Institution,

  Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


April 16, 2025


PER CURIAM.

  DISMISSED. As it appears Petitioner has not paid the filing fee or obtained a waiver of the fee in Volusia County, jurisdiction has not been transferred to any court in this District.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Terry L. Hill, pro se, Petitioner.

No Appearance for Respondent.